UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

    Plaintiff,

    v.                                  CIVIL ACTION NO. 1:17-cv-151-SA-DAS

AN EASEMENT AND RIGHT-OF-WAY
OVER 0.14 ACRES OF LAND,
MORE OR LESS, IN OKTIBBEHA COUNTY,
MISSISSIPPI, and
LYDIA RANDLE ET AL.,

    Defendants.

## ORDER SETTLING INTEREST OF DEFENDANT CHARLES SHARP AND DISBURSING FUNDS

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and Defendant Charles Sharp have agreed to settle said Defendant's interest.

It is, therefore, Ordered and Adjudged that:

1.    Defendant Charles Sharp shall recover from the Plaintiff $375.00 for said Defendant's undivided 1/8th interest in the easement and right-of-way described in Attachment 1 to the Complaint filed herein. (Doc. No. 1-1.)

2.    The Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of this Court in this action in the amount of $375.00, plus any accrued interest thereon less the applicable registry fee, payable to Charles Sharp, and to mail said check to his address in Minneapolis, Minnesota.

3.    Effective upon the mailing of the check provided for in Paragraph 2 above, all

1

further proceedings may be had and judgment entered herein without further notice to Defendant Charles Sharp.

4. This action shall remain with respect to the other Defendants in this action.

This 25th day of April, 2018.

_____
Sharion Aycock
United States District Judge